Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorneys for Defendant Nathan Park*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MODERN EMINENCE, LLC, MODERN FORTRESS, INC. AND ALLREALMS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>NATHAN PARK,<br><br>Defendant. | Case No. 2:24-cv-00348-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT** |

Defendant Nathan Park ("Park"), by and through his counsel of record, Jarrod L. Rickard, Esq. with the law firm of Semenza Rickard Law, and Plaintiffs Modern Eminence, LLC, Modern Fortress, Inc. and AllRealms, Inc., (collectively, "Plaintiffs"), by and through their counsel of record John P. Desmond with the law firm of Dickinson Wright PLLC, (together, the "Parties"), hereby stipulate and agree, subject to this Court's approval, as follows:

WHEREAS, Plaintiffs filed their Amended Complaint in this matter on March 27, 2024;

WHEREAS, Defendant was served with the Summons and Amended Complaint on April 25, 2024;

WHEREAS, the undersigned counsel for Defendant was retained on Wednesday, May 15, 2024, and the current deadline to file a responsive pleading to the Amended Complaint is Thursday, May 16, 2024;

1

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

WHEREAS, Plaintiffs have agreed to provide the Defendant up to and including May 20, 2024, to respond to Plaintiffs' Amended Complaint in order to provide Defendant's counsel time to get up to speed; and

WHEREAS, this is the first request filed with this Court to extend the time for the Defendant to respond to Plaintiffs' Amended Complaint and Defendant has requested the extension in good faith and not to delay this matter.

ACCORDINGLY, the Parties hereby request that the Court grant this Stipulation to extend the deadline for Defendant to file a responsive pleading to the Amended Complaint until May 20, 2024.

This Stipulation is made in good faith and is not made for the purpose of delay. The Parties agree that good cause exists for this continuance.

| | |
|---|---|
| DATED this 16th day of May, 2024. | DATED this 16th day of May, 2024. |
| SEMENZA RICKARD LAW | DICKINSON WRIGHT PLLC |
| */s/ Jarrod L. Rickard* <br> Jarrod L. Rickard, Esq., Bar No. 10203 <br> Katie L. Cannata, Esq., Bar No. 14848 <br> 10161 Park Run Drive, Suite 150 <br> Las Vegas, Nevada 89145 | */s/ John P. Desmond* <br> John P. Desmond, Esq, Bar No. 5618 <br> 100 West Liberty Street, Suite 940 <br> Reno, Nevada 89501 |
| *Attorneys for Defendant Nathan Park* | *Attorneys for Plaintiffs Modern Eminence, LLC, Modern Fortress, Inc. and AllRealms, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 16, 2024

2