DICKINSON WRIGHT PLLC
John P. Desmond (Nevada Bar No. 5618)
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (844) 670-6009
Email: jdesmond@dickinson-wright.com

DICKINSON WRIGHT PLLC
John R. Nelson (Texas Bar No. 797144)
*(Admitted Pro Hac Vice)*
Payne Keinarth (Texas Bar No. 24101412)
*(Admitted Pro Hac Vice)*
607 W. 3rd Street, Suite 2500
Austin, TX 78701-4713
Tel: 512-770-4200
Fax: 844-670-6009
Email: jnelson@dickinson-wright.com
Email: pkeinarth@dickinson-wright.com

RAICH LAW PLLC
Sagar Raich (Nevada Bar No. 13229)
Brian Schneider (Nevada Bar No. 15458)
6785 S. Eastern Ave., Suite 5
Las Vegas, NV 89119
Tel: (702) 758-4240
Email: sraich@raichattorneys.com
Email: bschneider@raichattorneys.com

*Attorneys for Plaintiffs Modern Eminence LLC, Modern Fortress, Inc. and AllRealms Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MODERN EMINENCE, LLC, MODERN FORTRESS, INC., AND ALLREALMS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>NATHAN PARK<br><br>Defendant. | Case No.: 2:24-cv-00348-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT AND DEFENDANT'S MOTION TO STAY CASE (FIRST REQUEST)** |

1  Plaintiffs Modern Eminence LLC, Modern Fortress, Inc., and AllRealms, Inc.
2  ("Plaintiffs"), by and through their counsel of record, John P. Desmond, Esq. with the law firm
3  of Dickinson Wright PLLC, and Defendant Nathan Park ("Park") by and through his counsel of
4  record, Jarrod L. Rickard, Esq. and Katie L. Cannata, Esq. with the law firm of Semenza Rickard
5  Law, (together, the "Parties") hereby stipulate and agree, subject to this Court's approval, as
6  follows:

7  WHEREAS, Park filed his Motion to Dismiss Amended Complaint [ECF 16] and his
8  Motion to Stay Case [ECF 17] on May 20, 2024;

9  WHEREAS, on May 20, 2024, the Court ordered Plaintiffs to respond to those motions
10 by June 3, 2024;

11 WHEREAS, Park has agreed to provide Plaintiffs up to and including June 6, 2024 to
12 respond to his Motion to Dismiss Amended Complaint and his Motion to Stay Case; and

13 WHEREAS, this is the first request filed with this Court to extend the time for the
14 Plaintiffs to respond to Park's Motion to Dismiss Amended Complaint and his Motion to Stay
15 Case and Plaintiffs have requested the extension in good faith and not to delay this matter.

16 ACCORDINGLY, the Parties hereby request that the Court grant this Stipulation to
17 extend the deadline for Plaintiffs to file responses to Park's Motion to Dismiss Amended
18 Complaint and Motion to Stay Case to June 6, 2024.

19 This Stipulation is made in good faith and is not made for the purpose of delay. The
20 Parties agree that good cause exists for this continuance.

DATED this 30th day of May, 2024                DATED this 30th day of May, 2024

DICKINSON WRIGHT PLLC                           SEMENZA RICKARD LAW

 /s/ John P. Desmond                             /s/ Jarrod L. Rickard
John P. Desmond, Esq., Bar No. 5618             Jarrod L. Rickard, Esq., Bar No. 10203
100 West Liberty Street, Suite 940              Katie L. Cannata, Esq., Bar No. 14848
Reno, Nevada 89501                              10161 Park Run Drive, Suite 150
                                                Las Vegas, Nevada 89145
*Attorney for Plaintiffs*
                                                *Attorneys for Defendant Nathan Park*

1
2    IT IS SO ORDERED.

**ORDER**

3
4    _____
     UNITED STATES MAGISTRATE JUDGE
5    DATED: __May 30, 2024_____

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3