SAGAR RAICH, ESQ.
Nevada Bar No. 13229
RICHARD KLAMKA, ESQ.
Nevada Bar No. 15258
RAICH LAW PLLC
2280 E. Pama Ln.
Las Vegas, NV 89119
Phone: (702) 758-4240
sraich@raichattorneys.com
rklamka@raichattorneys.com
*Attorneys for Plaintiffs Modern Eminence, LLC*
*Modern Fortress, Inc., and Allrealms, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MODERN EMINENCE, LLC; MODERN FORTRESS, INC.; and ALLREALMS, INC. <br><br> Plaintiffs <br><br> v. <br><br> NATHAN PARK, <br><br> Defendants, | Case No. 2:24-cv-00348-CDS-EJY <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED, by and between parties respective counsels of record that Plaintiffs Modern Eminence, LLC, Modern Fortress, Inc., and Allrealms, Inc. and Defendant Nathan Park the Parties have agreed and stipulate the following:

    1. The Parties stipulate to dismiss without prejudice all claims asserted in this legal action or that could have been asserted in this action, with each party to bear their own attorney's fees and costs.

2. Any and all current or upcoming hearings in connection with this litigation shall be vacated.

Dated: June ____, 2025

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| **RAICH LAW PLLC** | **SEMENZA RICKARD LAW** |
| By: /s/*SAGAR RAICH* <br> SAGAR RAICH, ESQ. <br> Nevada Bar #13229 <br> 2280 Pama Lane <br> Las Vegas, Nevada 89119 <br> *Attorneys for Plaintiffs Modern Eminence, LLC Modern Fortress, Inc., and Allrealms, Inc* | By: /s/ *JARROD L. RICKARD* <br> JARROD L. RICKARD, ESQ, <br> Bar No. 10203 <br> KATIE L. CANNATA, ESQ. <br> Bar No. 14848 <br> 10161 Park Run Drive <br> Suite 150 <br> Las Vegas, Nevada 89145 |
| | **WADDELL SERAFINO GEARY RECHNER JENEVEIN, PC** |
| | By: /s/ *SCOTT E. HAYES* <br> SCOTT E. HAYES *(Pro Hac Vice)* <br> 1700 Main St, 25th Floor <br> Dallas, Texas 75201 <br> *Attorneys for Defendant Nathan Park* |

**ORDER**

Based on the parties' stipulation, this case is dismissed without prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 26, 2025

2